United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>R.E. SERRANO, INC., et al.,<br><br>Defendants. | Case No.  15-cv-00916-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

It is hereby ordered, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on May 28, 2015, at 10:00 A.M., in Courtroom B, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Counsel shall meet and confer as required by Fed. R. Civ. P. 26(f) prior to the Case Management Conference with respect to those subjects set forth in Fed. R. Civ. P. 16(c).  By May 21, 2015, the parties shall file a joint case management statement addressing each of the items listed in the "Standing Order for All Judges of the Northern District - Contents of Joint Case Management statement."  If any party is proceeding without counsel, separate statements may be filed by each party.  Each party shall appear personally or by counsel prepared to address all of the matters referred to in this Order and with authority to enter stipulations and make admissions pursuant to this Order.  Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) days before the date of the conference and must be based upon good cause.

**IT IS SO ORDERED.**

Dated: March 9, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge